UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHELLY M. JOHNSON                                                CIVIL ACTION

VERSUS

U.S. POSTAL SERVICE                                          NO. 24-00990-BAJ-EWD

### RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 7, the "Report")** recommending that the Court dismiss the above-captioned action without prejudice for Plaintiff's failure to prosecute under Federal Rule of Civil Procedure 41(b) and for Plaintiff's failure to comply with Court Orders. The Magistrate Judge also recommends that the Court order Plaintiff to obtain permission from a Judge in this Court before filing additional lawsuits in this Court. There are no objections to the Report.

Having carefully considered Plaintiff's Complaint (Doc. 1), the Court's Orders (Doc. 3; Doc. 5), and the Magistrate Judge's Report, the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute under Federal Rule of Civil Procedure 41(b) and for Plaintiff's failure to comply with Court Orders.

**IT IS FURTHER ORDERED** that Plaintiff Shelly M. Johnson shall seek permission from a Judge of this Court before filing additional lawsuits in this Court.

Judgment shall be issued separately.

Baton Rouge, Louisiana, this 2nd day of May, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**